**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1091**

---

MARY F. BEARD, Widow of Boyd T. Beard,

                                        Petitioner,

        versus

UNITED STATES STEEL CORPORATION; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,

                                        Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(05-945-BLA; 04-6291-BLA)

---

Submitted: July 20, 2007            Decided: August 16, 2007

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry L. Rowe, Kelly Elswick-Hall, LARRY L. ROWE, ATTORNEYS AT LAW,
Charleston, West Virginia, for Petitioner.  Howard G. Salisbury,
Jr., KAY CASTO & CHANEY PLLC, Charleston, West Virginia, for
Respondent United States Steel.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary F. Beard, widow of Boyd T. Beard, seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. Beard v. U.S. Steel Corp., Nos. 05-945-BLA; 04-6291-BLA (BRB Aug. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED